# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JILL SITES, ) | |
| ) | Case No. 14-cv-128 |
| Plaintiff, ) | |
| ) | Hon. Paul L. Maloney |
| v. ) | Chief Judge |
| ) | |
| GREENBUSH BREWING CO., ) | |
| SCOTT SULLIVAN, and ) | |
| JUSTIN HECKATHORN, ) | **STIPULATION TO DISMISS** |
| ) | |
| Defendants. ) | |
| ---------------------------------------------------------- ) | |
| GREENBUSH BREWING CO., ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JILL SITES, ) | |
| ) | |
| Counter-Defendant. ) | |

**NOW COME** the parties, by and through their respective undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of the Plaintiff's complaint and the Defendant's counterclaim with prejudice.   Each side to bear their own costs and attorneys' fees.


|   /s/ Max A. Stein | /s/ Jonathan C. Goldman |
|---|---|
| Max Stein, Attorney for Plaintiff Jill Sites | Jonathan C. Goldman, Attorney for Defendants Greenbush Brewing Co., Scott Sullivan and Justin Heckathorn |
| | |
| Max A. Stein (IL ARDC No. 6275993) | Jonathan C. Goldman |
| Boodell & Domanskis, LLC | GOLDMAN & EHRLICH, Chtd. |
| 353 North Clark Street, Suite 1800 | 20 South Clark Street, Suite 500 |
| Chicago, Illinois 60654 | Chicago, IL 60603 |
| Telephone: (312) 938-4070 | Phone: 312-332-6733 |

{00379409 }

mstein@boodlaw.com                              jon@goldmanehrlich.com

{00379409 }